**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| ROBERTSHAW US HOLDING CORP., *et al.*, | : | Case No. 24-90052 (CML) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |
| | : | |

**<u>AFFIDAVIT OF SERVICE</u>**

I, Herb Baer, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims, noticing and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On February 15, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Master Email Service List attached hereto as **<u>Exhibit A</u>**:

- Debtors' Emergency Motion for Entry of an Order Authorizing Joint Administration of the Chapter 11 Cases [Docket No. 2]

- Notice of Designation as Complex Bankruptcy Case [Docket No. 3]

- Emergency *ex parte* Application for Entry of an Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Claims, Noticing, and Solicitation Agent [Docket No. 4]

- Debtors' Emergency Motion for Entry of an Order (I) Extending the Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs; and (II) Granting Related Relief [Docket No. 5]

- Proposed Order RE: Order (I) Extending the Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs; and (II) Granting Related Relief [Docket No. 6]

---

[1] The debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are as follows: Range Parent, Inc. (7956); Robertshaw US Holding Corp. (1898); Robertshaw Controls Company (9531); Burner Systems International, Inc. (8603); Robertshaw Mexican Holdings LLC (9531); Controles Temex Holdings LLC (9531); Universal Tubular Systems, LLC (8603); and Robertshaw Europe Holdings LLC (8843). The primary mailing address used for each of the foregoing debtors is 1222 Hamilton Parkway, Itasca, Illinois 60143.

- Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix and List of the 30 Largest Unsecured Creditors; (II) Authorizing the Debtors to Redact Certain Personally Identifiable Information; (III) Approving Form and Manner of Notifying Creditors of Commencement of Chapter 11 Cases and Other Information; and (IV) Granting Related Relief [Docket No. 7]

- Debtors' Emergency Motion for Entry of an Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services; (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; (III) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests; and (IV) Granting Related Relief [Docket No. 8]

- Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Their Insurance Coverage, (B) Pay All Insurance Obligations, (C) Maintain Their Surety Bonds, and (D) Pay All Bonding Obligations; (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers; and (III) Granting Related Relief [Docket No. 9]

- Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses; and (B) Continue Employee Benefits Programs; and (II) Granting Related Relief [Docket No. 10]

- Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Continue Their Existing Customer Programs in the Ordinary Course of Business and Honor Prepetition Obligations Related Thereto; (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers; and (III) Granting Related Relief [Docket No. 11]

- Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Payment of Certain Prepetition Taxes and (II) Granting Related Relief [Docket No. 12]

- Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of (A) Lien Claimants, (B) 503(b)(9) Claimants, and (C) Foreign Vendors; (II) Confirming Administrative Expense Priority of Undisputed and Outstanding Prepetition Orders; (III) Authorizing Debtors to Continue Performance and Honor Obligations Under Consignment Arrangements; (IV) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers; and (V) Granting Related Relief [Docket No. 13]

- Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Payment of Prepetition Claims of Critical Vendors; (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers; and (III) Granting Related Relief [Docket No. 14]

2

- Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions; and (II) Granting Related Relief [Docket No. 15] (the "***Cash Management Motion***")

- Debtors' Emergency Motion for Entry of an Order Establishing Notification Procedures and Approving Restrictions on (A) Certain Transfers of Interests in Debtors and (B) Claims of Certain Worthless Stock Deductions [Docket No. 16]

- Declaration of John Hewitt in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 19]

- Debtors' Emergency Motion for Entry of (I) an Interim Order (A) Authorizing the Use of Cash Collateral, (B) Granting Adequate Protection to Prepetition First Out Super-Priority Secured Parties, (C) Modifying Automatic Stay, and (D) Granting Related Relief; and (II) a Final Order (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Granting Adequate Protection to Prepetition First Out Super-Priority Secured Parties, (C) Authorizing the Use of Cash Collateral, (D) Granting Liens and Superpriority Claims, (E) Modifying the Automatic Stay, (F) Scheduling a Final Hearing, and (G) Granting Related Relief [Docket No. 23]

- Declaration of Brendon Philipps in Support of Debtors' Emergency Motion for Entry of an Interim Cash Collateral Order and Final DIP Order [Docket No. 24]

- Declaration of Randall S. Eisenberg in Support of Debtors' Emergency Motion for Entry of an Interim Cash Collateral Order and Final DIP Order [Docket No. 25]

- Declaration of Stephen Spitzer in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 26]

- Debtors' Motion for Entry of Orders (I) (A) Approving Asset Purchase Agreement for Sale of Substantially All of Debtors' Assets; (B) Approving Bidding Procedures; (C) Approving Bidding Protections; (D) Scheduling an Auction and a Sale Hearing; (E) Approving the Form and Manner of Notice Thereof; and (F) Approving Assumption and Assignment Procedures for Executory Contracts and Unexpired Leases; (II) Approving (A) Sale of Substantially All of Debtors' Assets; and (B) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Docket No. 34]

- Order Authorizing Joint Administration of the Chapter 11 Cases [Docket No. 42]

- Order Granting Complex Case Treatment [Docket No. 47]

- Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Claims, Noticing, and Solicitation Agent [Docket No. 49]

- Debtors' Witness and Exhibit List [Docket No. 50]

- Debtors' Emergency Motion for Entry of an Order Appointing a Mediator and Approving Mediation Procedures [Docket No. 52]

- Notice of Emergency Virtual Hearing on First Day Motions [Docket No. 54] (the "***Notice of Hearing***")

- Debtors' Agenda of  Matters Set for Hearing on February 15, 2024 [Docket No. 56] (the "***First Day Hearing Agenda***")

- Emergency Motion for Entry of an Order (A) Declaring that Automatic Stay Applies to Claims Asserted Against Non-Debtor Parties in Invesco Action or (B) Extending Automatic Stay and Preliminarily Enjoining Claims Against Non-Debtor Parties in Invesco Action [Adv. Pro. No. 24-3024, Docket No. 2]

- Emergency Motion for Entry of an Order (A) Declaring that Automatic Stay Applies to Claims Asserted Against Non-Debtor Parties in Guardian Action or (B) Extending Automatic Stay Against Non-Debtor Parties in Guardian Action [Adv. Pro. No. 24-3025, Docket No. 2]

On February 15, 2024, at my direction and under my supervision, employees of Kroll caused the Notice of Hearing and First Day Hearing Agenda to be served via Facsimile on the Master Facsimile Service List attached hereto as **Exhibit B**.

On February 15, 2024, at my direction and under my supervision, employees of Kroll caused the Notice of Hearing, First Day Hearing Agenda and the Cash Management Motion to be served via email on Bank of America, Attn: Alison Uhler, alison.uhler@bofa.com.

Dated: February 15, 2024

*/s/ Herb Baer*
Herb Baer

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on February 15, 2024by Herb Baer, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 76785

**<u>Exhibit A</u>**

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Top 30 Unsecured Creditor | Alvarez & Marsal Private Equity Improvement Group | 600 Madison Avenue 8th Floor New York NY 10022 | jbarreto@alvarezandmarsal.com |
| Counsel to Delaware Trust Company, as Administrative Agent and Collateral Agent under the Super-Priority Credit Agreement, First Lien Credit Agreement, and Second Lien Credit Agreement | ArentFox Schiff LLP | Attn: Jeffrey R. Gliet, Brett D. Goodman 1301 Avenue of the Americas 42nd Floor New York NY 10019 | Jeffrey.Gleit@afslaw.com Brett.Goodman@afslaw.com |
| Counsel to Delaware Trust Company, as Administrative Agent and Collateral Agent under the Super-Priority Credit Agreement, First Lien Credit Agreement, and Second Lien Credit Agreement | ArentFox Schiff LLP | Attn: Matthew R. Bentley 233 South Wacker Drive Suite 7100 Chicago IL 60606 | Matthew.Bentley@afslaw.com |
| Top 30 Unsecured Creditor | Arrow Electronics Group | Attn: Bryson Olejnik 1162 Springlake Dr Itasca IL 60137 | Bryson.Olejnik@arrow.com |
| Top 30 Unsecured Creditor | Avnet Electronics Marketing | Attn: Lupita Soto 2021 Lakeside Blvd Richardson TX 75082 | Avnet-Pmt-Remit@avnet.com |
| Top 30 Unsecured Creditor | Christy Metal Inc | Attn: Lance Shelton 2810 Old Willow Road Northbrook IL 60062 | lance@christymetals.com |
| State Attorney General | Commonwealth of Puerto Rico Attorney General | Attn: Bankruptcy Department Apartado 9020192 San Juan PR 00902-0192 | ayudaalciudadano@justicia.pr.gov |
| Counsel to One Rock Capital Partners, LLC; One Rock Capital Partners II, LP; and Range Finance Investors, L.P. | Debevoise & Plimpton LLP | Attn: Sidney Levinson, Gregory Gooding, Erica Weisgerber, Mitchell Carlson 66 Hudson Boulevard New York NY 10001 | slevinson@debevoise.com ggooding@debevoise.com eweisgerber@debevoise.com mcarlson@debevoise.com |
| Top 30 Unsecured Creditor | Deringer Ney Inc | Attn: Bill Schmitz 616 Atrium Drive, Suite 100 Vernon Hills IL 60061 | Accounts_Receivable@deringerney.com |
| Top 30 Unsecured Creditor | Elektrisola S.A. de C.V. | Attn: C Mendoza Periferico Manuel Gomez Morin 1800CD Cuauhtemoc,Chihuahua 31500 Mexico | CMendoza@elektrisola.com.mx |
| Top 30 Unsecured Creditor | Empaques Rio Grande SA DE CV | Benito Juarez 2040 H Matamoros Tamaulipas 87340 Mexico | cortega@boxes.mx |

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Top 30 Unsecured Creditor | Engineered Material Solutions | Attn: Dave Garrtner<br>39 Perry Ave<br>Attleboro MA 2703 | dgartner@emsclad.com |
| Top 30 Unsecured Creditor | Ernst & Young | Attn: Ryan Chance<br>200 Plaza Drive<br>Secacucus NJ 7094 | ryan.chance@ey.com |
| Top 30 Unsecured Creditor | Fox Valley Molding Inc | Attn: Lydia F<br>113 S Center Street<br>Plano IL 60545 | LydiaF@foxvalleymolding.com |
| Counsel to Ad Hoc Group | Gibson, Dunn & Crutcher LLP | Attn: AnnElyse Scarlett Gain<br>1050 Connecticut Ave. NW<br>Washington DC 20036-5306 | agains@gibsondunn.com |
| Counsel to Ad Hoc Group | Gibson, Dunn & Crutcher LLP | Attn: Chad M. Nichols<br>811 Main Street<br>Suite 3000<br>Houston TX 77002-6117 | cnichols@gibsondunn.com |
| Counsel to Ad Hoc Group | Gibson, Dunn & Crutcher LLP | Attn: Scott Greenberg, Jason Goldstein, Steven Domanowski, Boris Dolgonos, C. Lee Wilson<br>200 Park Avenue<br>New York NY 10166-0193 | sgreenberg@gibsondunn.com<br>JGoldstein@gibsondunn.com<br>sdomanowski@gibsondunn.com<br>bdolgonos@gibsondunn.com<br>clwilson@gibsondunn.com |
| Counsel to Invesco | Glenn Agre Bergman & Fuentes LLP | Attn: Andrew K. Glenn<br>1185 Avenue of the Americas<br>22nd Floor<br>New York NY 10036 | aglenn@glennagre.com |
| Top 30 Unsecured Creditor | Gulf USA Inc | Attn: Sheila Miller<br>343-A Oates Road<br>Mooresville NC 28117 | Sheila.Miller@gulfrubber.com |
| Proposed Counsel for the Debtors and Debtors in Possession | Hunton Andrews Kurth LLP | Attn: Timothy Davidson, Ashley Harper, Philip Guffy<br>600 Travis Street<br>Suite 4200<br>Houston TX 77002 | taddavidson@HuntonAK.com<br>ashleyharper@HuntonAK.com<br>pguffy@HuntonAK.com |
| Top 30 Unsecured Creditor | JMS Of Holland, Inc. | Attn: R Culver<br>1010 Productions Place<br>Holland MI 49423 | r.culver@jmsincorporated.com |
| Counsel to One Rock Capital Partners, LLC; One Rock Capital Partners II, LP; and Range Finance Investors, L.P. | Kelley Drye & Warren LLP | Attn: Sean T Wilson<br>515 Post Oak Boulevard<br>Suite 900<br>Houston TX 77027 | swilson@kelleydrye.com<br>kdwbankruptcydepartment@kelleydrye.com |

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Proposed Counsel for the Debtors and Debtors in Possession | Latham & Watkins LLP | Attn: George Davis, George Klidonas, Adam S. Ravin, Liza Burton<br>1271 Avenue of the Americas<br>New York NY 10020 | george.davis@lw.com<br>george.klidonas@lw.com<br>adam.ravin@lw.com<br>liza.burton@lw.com |
| Top 30 Unsecured Creditor | Middletown Tube Works, Inc. | Attn: Marvin Phillips<br>2201 Trine Street<br>Middletown OH 45042 | mphillips@middletowntube.com |
| Top 30 Unsecured Creditor | Midwest Insert Composite Molding & Assembly | Attn: Manish Patel<br>3940 Industrial Ave<br>Rolling Meadows IL 60008 | ajpatel@micmolding.com |
| Top 30 Unsecured Creditor | Modern Metal & Refining Ltd | Attn: Cath Huang<br>PO Box 113491705 Dabney Road<br>Richmond VA 23230 | cathy.huang@ssmmr.com |
| Top 30 Unsecured Creditor | Moody's Investors Service Inc | Attn: Ben Stuckenbrock<br>7 WTC @ 250 Greenwich St<br>New York NY 10007 | ben.struckenbrock@moodys.com |
| Counsel to Ad Hoc Group | Munsch Hardt Kopf & Harr, PC | Attn: John D. Cornwall, Brenda L. Funk<br>700 Milan Street<br>Suite 800<br>Houston TX 77002 | jcornwell@munsch.com<br>bfunk@munsch.com |
| Top 30 Unsecured Creditor | Nexeo Plastics, LLC | 1780 Hughes Landing Boulevard<br>Suite 1000<br>The Woodlands TX 77380 | plasticsremit@nexeoplastics.com |
| State Attorney General | Office of the Attorney General for the District of Columbia | Attn: Bankruptcy Department<br>441 4th Street NW<br>Washington DC 20001 | oag@dc.gov |
| United States Trustee Southern District of Texas | Office of the United States Trustee | Attn: Jana Whitworth, Andrew Jimenez<br>515 Rusk Street<br>Suite 3516<br>Houston TX 77002 | jana.whitworth@usdoj.gov<br>andrew.jimenez@usdoj.gov |
| Counsel to Bain Capital Credit, LP, Canyon Capital Advisors LLC, and Eaton Vance Management | O'Melveny & Meyers LLP | Attn: Nicholas J. Hendrix<br>2801 N. Harwood Street<br>Suite 1600<br>Dallas TX 75201 | nhendrix@omm.com |
| Counsel to Bain Capital Credit, LP, Canyon Capital Advisors LLC, and Eaton Vance Management | O'Melveny & Meyers LLP | Attn: Peter Friedman, Pamela A. Miller, Daniel S. Shamah, Ashler Rivner<br>Times Square Tower<br>7 Times Square<br>New York NY 10036 | pfriedman@omm.com<br>pmiller@omm.com<br>dshamah@omm.com<br>arivner@omm.com |

## Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Top 30 Unsecured Creditor | Providence Enterprise LTD | Unit 13-15, 6/F Grand City PLZ No.1 Sai Lau Kok Road Tsuen Wan, N.T. Hong Kong | janvichan@providencechina.com |
| Top 30 Unsecured Creditor | San Metal San Ve Tic A.S. | Attn: Cihan Ozcan Pelitli Mahallesi Sanayi Caddesi No:33 Gebze-Kocaeli 41400 TURKEY | cihan@sanmetal.com.tr |
| Top 30 Unsecured Creditor | SDI Inc | Attn: Cecilia Rubio 1414 Radcliffe Street, Suite 300 Bristol PA 19007 | Cecilia.Rubio@sdi.com |
| Securities and Exchange Commission | Securities & Exchange Commission - HQ | Secretary of the Treasury 100 F ST NE Washington DC 20549 | secbankruptcy@sec.gov nyrobankruptcy@sec.gov |
| Securities and Exchange Commission | Securities & Exchange Commission - NY Office | Attn: Antonia Apps, Regional Director 100 Pearl St. Suite 20-100 New York NY 10004-2616 | bankruptcynoticeschr@sec.gov |
| Counsel to the May 2023 Litigation Plaintiffs | Selendy Gay Elsberg PLLC | Attn: Jennifer Selendy, Maria Ginzburg, Samuel Kwak 1290 Avenue of the Americas New York NY 10104 | jselendy@selendygay.com mginzburg@selendygay.com skwak@selendygay.com |
| Top 30 Unsecured Creditor | Serviacero Planos S de R L de C V | Attn: Carlos Montelongo Blvd Hermanos Aldama #4002, Ciudad Industrial Leon,Guanajuato 37490 Mexico | carlos.montelongo@serviacero.com |
| Top 30 Unsecured Creditor | Shanghai K&J International Co Ltd | Attn: Ling Chen RM 5L NO 1590 West Yan An Rd Shanghai, Shanghai 200050 China | whg188@188.com |
| State Attorney General | State of Alaska Attorney General | Attn: Bankruptcy Department P.O. Box 110300 Juneau AK 99811-0300 | attorney.general@alaska.gov |
| State Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Department 2005 N Central Ave Phoenix AZ 85004-2926 | aginfo@azag.gov |
| State Attorney General | State of Connecticut Attorney General | Attn: Bankruptcy Department 55 Elm St. Hartford CT 06106 | attorney.general@ct.gov |
| State Attorney General | State of Delaware Attorney General | Attn: Bankruptcy Department Carvel State Office Bldg. 820 N. French St. Wilmington DE 19801 | attorney.general@state.de.us |

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| State Attorney General | State of Hawaii Attorney General | Attn: Bankruptcy Department<br>425 Queen St.<br>Honolulu HI 96813 | hawaiiag@hawaii.gov |
| State Attorney General | State of Indiana Attorney General | Attn: Bankruptcy Department<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis IN 46204 | info@atg.in.gov |
| State Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Department<br>1305 E. Walnut Street<br>Des Moines IA 50319 | webteam@ag.iowa.gov |
| State Attorney General | State of Maine Attorney General | Attn: Bankruptcy Department<br>6 State House Station<br>Augusta ME 04333 | agconsumer.mediation@maine.gov |
| State Attorney General | State of Massachusetts Attorney General | Attn: Bankruptcy Department<br>One Ashburton Place<br>Boston MA 02108-1698 | ago@state.ma.us; ago@state.mass.us;<br>ago@state.mass.gov |
| State Attorney General | State of Montana Attorney General | Attn: Bankruptcy Department<br>215 N. Sanders, Third Floor<br>P.O. Box 201401<br>Helena MT 59620-1401 | contactdoj@mt.gov |
| State Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Department<br>100 North Carson Street<br>Carson City NV 89701 | aginfo@ag.nv.gov |
| State Attorney General | State of New Hampshire Attorney General | Attn: Bankruptcy Department<br>33 Capitol St.<br>Concord NH 03301 | attorneygeneral@doj.nh.gov |
| State Attorney General | State of Oregon Attorney General | Attn: Bankruptcy Department<br>1162 Court Street NE<br>Salem OR 97301 | consumer.hotline@doj.state.or.us |
| State Attorney General | State of South Dakota Attorney General | Attn: Bankruptcy Department<br>1302 East Highway 14, Suite 1<br>Pierre SD 57501-8501 | consumerhelp@state.sd.us |
| State Attorney General | State of Texas Attorney General | Attn: Bankruptcy Department<br>Capitol Station, P.O. Box 12548<br>Austin TX 78711-2548 | public.information@oag.state.tx.us |
| State Attorney General | State of Vermont Attorney General | Attn: Bankruptcy Department<br>109 State St.<br>Montpelier VT 05609-1001 | ago.info@vermont.gov |

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Top 30 Unsecured Creditor | Touch International Inc | Attn: S Travis<br>2222 W. Rundberg Ln., Suite 200<br>Austin TX 78748 | stravis@touchintl.com |
| Top 30 Unsecured Creditor | Trelleborg Sealing Solutions Midwest | 20 Martingale Road, Suite 210<br>Schaumburg IL 60173 | TSSUSRemit@trelleborg.com |
| United States Attorney's Office for the Southern District of Texas | U.S. Attorney for Southern District of Texas | Attn: Jennifer Lowery, Acting U.S. Attorney<br>Civil Process Clerk, 1000 Louisiana Street<br>Suite 2300<br>Houston TX 77002 | usatxs.atty@usdoj.gov |
| Top 30 Unsecured Creditor | Van Norman Molding LLC | Attn: Bob Andre<br>9615 S 76th Avenue<br>Bridgeview IL 60455 | BobAndre@vannormanmolding.com |
| Top 30 Unsecured Creditor | Vernay Laboratories | Attn: Christian Deschenes<br>2077 Convention Center Concourse, Suite 225<br>College Park GA 30337 | christiandeschenes@vernay.com |

**<u>Exhibit B</u>**

Exhibit B
Master Facsimile Service List
Served via Facsimile

| DESCRIPTION | NAME | NOTICE NAME | FAX |
|---|---|---|---|
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | 855-235-6787 |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | 855-235-6787 |
| State Attorney General | Office of the Attorney General of Guam | Attn: Bankruptcy Department | 671-472-2493 |
| State Attorney General | State of Alabama Attorney General | Attn: Bankruptcy Department | 334-242-2433 |
| State Attorney General | State of Arkansas Attorney General | Attn: Bankruptcy Department | 501-682-8084 |
| State Attorney General | State of California Attorney General | Attn: Bankruptcy Department | 916-323-5341 |
| State Attorney General | State of Colorado Attorney General | Attn: Bankruptcy Department | 720-508-6030 |
| State Attorney General | State of Florida Attorney General | Attn: Bankruptcy Department | 850-488-4872 |
| State Attorney General | State of Georgia Attorney General | Attn: Bankruptcy Department | 404-657-8733 |

Exhibit B
Master Facsimile Service List
Served via Facsimile

| DESCRIPTION | NAME | NOTICE NAME | FAX |
|---|---|---|---|
| State Attorney General | State of Idaho Attorney General | Attn: Bankruptcy Department | 208-854-8071 |
| State Attorney General | State of Kansas Attorney General | Attn: Bankruptcy Department | 785-296-6296 |
| State Attorney General | State of Kentucky Attorney General | Attn: Bankruptcy Department | 502-564-2894 |
| State Attorney General | State of Louisiana Attorney General | Attn: Bankruptcy Department | 225-326-6499 |
| State Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Department | 517-373-3042 |
| State Attorney General | State of Missouri Attorney General | Attn: Bankruptcy Department | 573-751-0774 |
| State Attorney General | State of Nebraska Attorney General | Attn: Bankruptcy Department | 402-471-3297 |
| State Attorney General | State of New Jersey Attorney General | Attn: Bankruptcy Department | 609-292-3508 |
| State Attorney General | State of New Mexico Attorney General | Attn: Bankruptcy Department | 505-827-5826 |

Exhibit B
Master Facsimile Service List
Served via Facsimile

| DESCRIPTION | NAME | NOTICE NAME | FAX |
|---|---|---|---|
| State Attorney General | State of New York Attorney General | Attn: Bankruptcy Department | 866-413-1069 |
| State Attorney General | State of North Carolina Attorney General | Attn: Bankruptcy Department | 919-716-6750 |
| State Attorney General | State of North Dakota Attorney General | Attn: Bankruptcy Department | 701-328-2226 |
| State Attorney General | State of Oklahoma Attorney General | Attn: Bankruptcy Department | 405-521-6246 |
| State Attorney General | State of Pennsylvania Attorney General | Attn: Bankruptcy Department | 717-787-3391 |
| State Attorney General | State of Tennessee Attorney General | Attn: Bankruptcy Department | 615-741-2009 |
| State Attorney General | State of Utah Attorney General | Attn: Bankruptcy Department | 801-538-1121 |
| State Attorney General | State of Virginia Attorney General | Attn: Bankruptcy Department | 804-225-4378 |
| State Attorney General | State of West Virginia Attorney General | Attn: Bankruptcy Department | 304-558-0140 |
| State Attorney General | State of Wisconsin Attorney General | Attn: Bankruptcy Department | 608-267-2223 |

Exhibit B
Master Facsimile Service List
Served via Facsimile

| DESCRIPTION | NAME | NOTICE NAME | FAX |
|---|---|---|---|
| State Attorney General | State of Wyoming Attorney General | Attn: Bankruptcy Department | 307-777-6869 |