United States Bankruptcy Court
Southern District of Texas

**ENTERED**
February 20, 2024
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| | | | |
|---|---|---|---|
| Division | Houston | Main Case Number | 24-90052 |
| Debtor | In Re: Robertshaw US Holding Corp. | | |

This lawyer, who is admitted to the State Bar of New York:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Kurt Mayr<br>Glenn Agre Bergman & Fuentes LLP<br>1185 Avenue of the Americas, 22nd Floor<br>New York, NY 10036<br>212-970-1612<br>New York 3015724 |

Seeks to appear as the attorney for this party:

| | |
|---|---|
| Invesco Senior Secured Management, Inc. | |
| Dated: | Signed: /s/ Kurt Mayr |

| | |
|---|---|
| COURT USE ONLY: The applicant's state bar reports their status as: ______________________. | |
| Dated: 2/20/2024 | Signed: /s/ Z. Compean<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Signed: February 20, 2024

Christopher Lopez
United States Bankruptcy Judge