United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 02, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| INVESCO SENIOR SECURED MANAGEMENT, INC., *et al.*, | § | Civil Action No. 4:24-cv-02426 |
| | § | 4:24-cv-02592 |
| | § | 4:24-cv-03298 |
| | § | 4:24-cv-03416 |
| *Appellants*, | § | |
| | § | |
| ROBERTSHAW US HOLDING CORP., *et al.*, | § | |
| | § | |
| *Appellees*. | § | |
| | § | |
| In re: | § | Bankruptcy Case No. 24-90052 (CML) |
| | § | |
| ROBERTSHAW US HOLDING CORP., *et al.*, | § | (Chapter 11) |
| | § | |
| *Debtors*. | § | |

**FINAL JUDGMENT**

For the reasons stated in the Court's *Memorandum Opinion and Order* of even date, the bankruptcy court's Memorandum Decision and Order entered on June 20, 2024, in *Robertshaw US Holding Corp. v. Invesco Senior Secured Management, Inc*., Adv. Proc. No. 24-03024 (CML) (Bankr. S.D. Tex.), is **AFFIRMED** and this appeal is **DISMISSED**.

Signed at Houston, Texas, on this the 1st day of July, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE